No. 90–5569.  FEATHERS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 90–5570.  PEREZ v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–5571.  TAPP v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 90–5572.  BOOKMAN v. COLLINS, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 90–5573.  CROOM v. HENMAN.  C. A. 7th Cir.  Certiorari denied.

No. 90–5579.  ASSAAD-FALTAS v. UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 90–5584.  OLIVER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5592.  GARRETT v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 90–5593.  LATTIMORE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5595.  VICKERS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–5597.  VAN OMEN v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–5600.  YEHUDA v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 90–5601.  RINGSTAD v. WANNAMAKER, WARDEN, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 90–5611.  BLAKELY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–5616.  FRAGOSO v. UNITED STATES; DELGADO v. UNITED STATES; and CASIANO v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.